IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE ANTHONY PARKS, | ) | 1:05-CV00741-REC-DLB-HC |
| Petitioner, | ) ) | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN |
| vs. | ) ) | FORMA PAUPERIS WITH PLAINTIFF'S ORIGINAL SIGNATURE **OR** PAY |
| L. CHRONES, Warden, | ) ) | FILING FEE |
| Respondent. | ) ) ) | |

      Petitioner, a state prisoner, is proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 8, 2005, the court ordered petitioner to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement, or pay the $5.00 filing fee for this action. See 28 U.S.C. § 1915. On September 14, 2005, plaintiff submitted the required documents. However, petitioner did not sign the application. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; F.R.C.P. 11(a). Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis which includes his original signature, or pay the $5.00 filing fee.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

      2. Within thirty days of the date of service of this order, petitioner shall submit a

1  completed application to proceed in forma pauperis which includes his original signature, or in
2  the alternative, pay the $5.00 filing fee for this action;
3         3. Petitioner is not required to submit another certified copy of his prison trust
4  account statement.
5         4. Failure to comply with this order will result in a recommendation that this
6  action be dismissed.
7     IT IS SO ORDERED.
8     Dated:   September 19, 2005                    /s/ Dennis L. Beck
   ah0l4d                                    UNITED STATES MAGISTRATE JUDGE

2