# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ANTHONY PARKS,              ) | 1:05-CV-00741 LJO DLB HC |
|                                                          ) | |
|                     Petitioner,          ) | ORDER ADOPTING FINDINGS AND |
|                                                          ) | RECOMMENDATION |
|                                                          ) | [Doc. #16] |
|      v.                                               ) | |
|                                                          ) | ORDER DENYING PETITION FOR WRIT |
| L. CHRONES, Warden,               ) | OF HABEAS CORPUS |
|                                                          ) | |
|                                                          ) | ORDER DIRECTING CLERK OF COURT |
|                     Respondent.       ) | TO ENTER JUDGMENT |
|                                                          ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 6, 2007, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DENIED. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment in favor or Respondent. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On February 20, 2007, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case.  Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Findings and Recommendation issued February 6, 2007, is ADOPTED IN FULL;

        2. The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE; and

        3. The Clerk of Court is DIRECTED to enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   March 9, 2007**             /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES DISTRICT JUDGE